IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LYLE E. FUNDERBURK,

        Plaintiff,

        Civil No. 06-00033-MO

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration,

        ORDER

        Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7000.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. Costs and expenses have been waived.

DATED this 25th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Phyllis Burke
_____
PHYLLIS BURKE, OSB #81459
(503) 460-3200
Attorney for Plaintiff Funderburk

ORDER